## STATEMENT OF FACTS

On Saturday, June 22, 2019, members of the Metropolitan Police Department (MPD), Narcotics and Special Investigations Division, Gun Recovery Unit (GRU), were called to assist MPD Officer Donlon at the Greyhound bus station at 50 Massachusetts Avenue, NE, Washington, D.C.

At the bus station, Officers Denton and Ewald spoke to Special Police Officers (SPO) with "Allied Universal Security", whom were dispatched to a fight on the bus deck at the station. The SPOs are contracted security for the Greyhound Bus Station. The SPOs saw two individuals arguing, one of which was later identified as Jason Figueroa (Defendant Figueroa). Defendant Figueroa picked up a black duffel bag and was escorted by the SPOs to the exit of the bus depot. While heading toward the exit, a black firearm fell out of the duffel bag and onto the ground. Defendant Figueroa admitted to officers on scene that the duffel bag belonged to him. Defendant Figueroa was placed under arrest.

The firearm was determined to be a black in color, Glock, .40 caliber, model 22, with an obliterated serial number, loaded with one (1) round in the chamber and fourteen (14) rounds in a fifteen (15) capacity magazine.

During an inventory search of the duffel bag belonging to Defendant Figueroa by Officer Vaillancourt, two packages containing compressed white powder that weighed approximately one (1) kilogram each to total two (2) kilograms were found. The compressed white powder from each package field tested positive for cocaine. Also found inside the duffel bag was a Texas identification card in the name of the defendant. The approximate weight of the compressed white powder recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

A WALES/NCIC check of Defendant Figueroa revealed he did not have a license to possess a firearm in the District of Columbia. Defendant Figueroa has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Figueroa through the National Crime Information Center confirmed that the defendant had prior felony convictions in Tarrant County, Texas, Criminal Case No. 1235826. There are no firearms manufactured in the District of Columbia.

_____
OFFICER CHRISTOPHER DENTON
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JUNE, 2019.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE